Paul S. Prior, Bar No. 9324
Dominika J. Batten, Bar No. 12258
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
sprior@swlaw.com
dbatten@swlaw.com

*Attorneys for Defendant*
*Sunsolar Solutions Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN SHAW,<br>Plaintiff,<br>v.<br>SUNSOLAR SOLUTIONS INC.,<br>Defendant. | Case No. 2:26-cv-02172-CDS-DJA<br><br>**~~STIPULATION AND~~ ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(First Request)** |

Plaintiff STEVEN SHAW ("Plaintiff") and Defendant SUNSOLAR SOLUTIONS INC., ("Defendant" or "Sunsolar"), by and through their respective undersigned counsel of record, hereby stipulate and agree to extend Sunsolar's deadline to respond to Plaintiff's complaint from the current deadline of August 26, 2026, to September 16, 2026, based on the following:

1. Plaintiff filed the Complaint [ECF No. 1] on July 17, 2026.

2. Plaintiff served the Complaint upon the registered agent for Sunsolar on August 5, 2026, making the response due August 26, 2026.

3. Sunsolar requests an extension of three weeks to respond to Plaintiff's complaint, up to September 16, 2026.

/ / /

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for Sunsolar to file its response to the Complaint, up to and including September 16, 2026, to allow Sunsolar sufficient time to investigate Plaintiff's allegations, complete the response, and to allow for client review.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: August 21, 2026

SNELL & WILMER L.L.P.

By: */s/ Paul S. Prior*
Paul S. Prior, Esq. (NV Bar No. 9324)
Dominika J. Batten, Esq. (NV Bar No. 12258)
1700 South Pavilion Center Dr., Ste. 700
Las Vegas, NV 89135

*Attorneys for Defendant Sunsolar Solutions Inc.*

Dated: August 21, 2026

GREENBERG GROSS LLP

By: */s/ Eric K. Lundy*
Matthew T. Hale (NV Bar No. 16880)
Eric K. Lundy, Esq. (NV Bar No. 16921)
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff Steven Shaw*

**ORDER**

Good cause appearing, the foregoing stipulation is GRANTED. Sunsolar Solutions Inc. shall have through and until September 16, 2026, to file its response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2026