Paul S. Prior, Bar No. 9324
Dominika J. Batten, Bar No. 12258
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
sprior@swlaw.com
dbatten@swlaw.com

*Attorneys for Defendant*
*Sunsolar Solutions Inc.*

SNELL & WILMER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

STEVEN SHAW,

Plaintiff

v.

SUNSOLAR SOLUTIONS INC.,

Defendant

Case No. 2:26-cv-02172-CDS-DJA

**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND TO STRIKE OR DISMISS PUNITIVE DAMAGES ALLEGATIONS**

**(First Request)**

[ECF No. 12]

Plaintiff STEVEN SHAW ("Plaintiff") and Defendant SUNSOLAR SOLUTIONS INC. ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate and agree to extend Defendant's deadline to file a reply in support of its Motion to Dismiss and to Strike or Dismiss Punitive Damages Allegations ("Motion") from the current deadline of October 7, 2026, to October 14, 2026, based on the following:

1. Defendant filed the Motion on September 16, 2026 [ECF No. 8].

2. Plaintiff filed the Opposition on September 30, 2026 [ECF No. 11].

3. Defendant requests an extension of one week to file its Reply, up to October 14,

2026, because counsel for Defendant has competing deadlines in other matters, and the additional time will allow Defendant to adequately address the arguments raised in the Opposition.

NOW, THEREFORE, based on the foregoing and subject to Court approval, Plaintiff and Defendant agree to extend the deadline for Defendant to file its Reply, up to and including October 14, 2026.

This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: October 5, 2026

SNELL & WILMER L.L.P.

By: */s/ Dominika J. Batten*
Paul S. Prior, Esq. (NV Bar No. 9324)
Dominika J. Batten, Esq. (NV Bar No. 12258)
1700 South Pavilion Center Dr., Ste. 700
Las Vegas, NV 89135

*Attorneys for Defendant Sunsolar Solutions Inc.*

Dated: October 5, 2026

GREENBERG GROSS LLP

By: */s/ Eric K. Lundy*
Matthew T. Hale, Esq. (NV Bar No. 16880)
Eric K. Lundy, Esq. (NV Bar No. 16921)
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff Steven Shaw*

SNELL & WILMER

**ORDER**

Good cause appearing, the foregoing stipulation **[ECF No. 12] is granted**. It is ordered that the defendant has through and including October 14, 2026, to file its reply.

Dated: October 9, 2026

United States District Judge